```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
APOTHECO PHARMACY DURHAM LLC, and    :
APOTHECO, LLC,                       :
                                     :
                      Petitioners,   :   Civil Action No.: 1:24-cv-03619-MMG
                                     :
    -against-                        :   Honorable Margaret M. Garnett
                                     :
HASSAN AHMED,                        :
                                     :
                      Respondent.    :
--------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2024

## ORDER REGARDING SUBMISSION OF EXHIBITS CONTAINING TRADE SECRET OR OTHER CONFIDENTIAL RESEARCH, DEVELOPMENT, OR COMMERCIAL INFORMATION

Upon consideration of the Letter-Motion submitted by Petitioners on May 23, 2024, it is hereby ORDERED that Petitioners' Letter-Motion to introduce and file confidential exhibits presented during the May 31, 2024 remote hearing concerning the Court's May 20, 2024 Order to Show Cause ("Hearing") is GRANTED, as follows:

1. Petitioners have established good cause for keeping from the public view certain material business records containing trade secrets and other confidential information ("Confidential Information");

2. Exhibits containing Confidential Information may be published on screen during the Hearing and removed from the screen once the witness is finished testifying about it, provided, however, that Respondent is prohibited from recording the Hearing, copying or downloading any exhibits containing Confidential Information, allowing others to see the screen during the Hearing, or otherwise sharing the exhibits or their content; and

3. Upon conclusion of the Hearing, Petitioners shall electronically file exhibits presented at the Hearing on the public docket, except that it may file under seal or in redacted format those exhibits containing Confidential Information, the complete versions of which may be accessed only by the Court, and which shall be transmitted to the Court for *in camera* inspection, via email or another electronic method approved by the Court.

SO ORDERED.

Dated: May 28, 2024
      New York, New York

                                                                   The Honorable Margaret M. Garnett